No. 899. SOUTHERN RY. CO. *v.* WALTERS. May 4, 1931. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Messrs. H. O'B. Cooper, S. R. Prince, Rudolph J. Kramer, Bruce A. Camp-*

816

*bell,* and *L. E. Jeffries* for petitioner.    No appearance for respondent.